IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XHAIL USA, INC. and XHAIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| MICHAEL J. KIELY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF XHAIL USA, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Xhail USA, Inc., a Delaware corporation ("Xhail USA"), by its undersigned counsel, states that:

1. Xhail USA is a directly wholly-owned subsidiary of Xhail AB, which is a publicly held company. Xhail AB is the only publicly held company that owns 10% or more of the stock of Xhail USA.

2. Xhail AB has no parent company, and no publicly held company owns 10% or more of the stock of Xhail AB.

/s/ Emily S. DiBenedetto
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
edibenedetto@shawkeller.com
*Attorney for Plaintiffs*

Dated: April 28, 2022