IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XHAIL USA, INC. and XHAIL, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | C.A. No. |
| ) | |
| MICHAEL J. KIELY, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## PLAINTIFF XHAIL, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Xhail, Inc., a California corporation, by its undersigned counsel, states that:

1. Xhail, Inc. is an indirectly wholly-owned subsidiary of Xhail AB, which is a publicly held company. Xhail AB is the only publicly held company that owns 10% or more of the stock of Xhail USA.

2. Xhail AB has no parent company, and no publicly held company owns 10% or more of the stock of Xhail AB.

/s/ Emily S. DiBenedetto
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
edibenedetto@shawkeller.com
*Attorney for Plaintiffs*

Dated: April 28, 2022