AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| XHAIL USA, INC. and XHAIL, INC.<br><br>*Plaintiff(s)*<br>v.<br>MICHAEL J. KIELY<br><br>*Defendant(s)* | Civil Action No. 22-579-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael J. Kiely
2093 Mount Olympus Drive
Los Angeles, CA 90046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emily S. DiBenedetto
Shaw Keller LLP
I.M Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

/s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

Date: 04/29/2022

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Michael J. Kiely**
was received by me on *(date)* **5-3-2022**

☒ I personally served the summons on the individual at *(place)* **8921 Sunset Blvd West hollywood, Calif 90069** on *(date)* **5-3-2022** ; or **at 1:10 pm**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **150** for travel and $ _____ for services, for a total of $ **150.00**

I declare under penalty of perjury that this information is true.

Date: **5-3-2022**

*Server's signature*

**PAUL KATZ   reg process server**
*Printed name and title*

**Paul Katz Reg # 2017224476**
8306 Wilshire Blvd., #927
Beverly Hills, CA 90211
323.653.7099
*Server's address*

Additional information regarding attempted service, etc: