# Exhibit A

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Emily DiBenedetto
Shaw Keller LLP
1105 N. Market Street
12th Floor
Wilmington, DE 19801

To: Michael J. Kiely
2093 Mount Olympus Drive
Los Angeles, CA 90046

Postmark: HOCKESSIN, DE 19707 — MAY 26 2022 — USPS

PS Form 3817, April 2007 PSN 7530-02-000-9065