# Exhibit A

September 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 578308773417

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | M.AURA | **Delivery Location:** | MICHAEL J. KIELY |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | TULLA, |
| | | **Delivery date:** | Sep 19, 2022 10:20 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 578308773417 | **Ship Date:** | Sep 16, 2022 |
| | | **Weight:** | 0.1 LB/0.05 KG |

**Recipient:**
MICHAEL J. KIELY,
KILTANNON HOME FARM
KILTANNON, TULLA, COUNTY CLARE
TULLA, IE,

**Shipper:**
PRODUCTION CENTER, PARCELS, INC.
230 N. MARKET ST.
WILMINGTON, DE, US, 19801

| | |
|---|---|
| **Reference** | 10449.01 |
| **Purchase Order** | 755520 |
| **Department Number** | Copy Center |



Thank you for choosing FedEx