# Exhibit B

September 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 578308773406

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 2093 MOUNT OLYMPUS DR |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | LOS ANGELES, CA, 90046 |
| | | **Delivery date:** | Sep 19, 2022 10:16 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 578308773406 | **Ship Date:** | Sep 16, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
MICHAEL J. KIELY,
2093 MOUNT OLYMPUS DRIVE
LOS ANGELES, CA, US, 90046

**Shipper:**
PRODUCTION CENTER, PARCELS, INC.
230 N. MARKET ST.
Wilmington, DE, US, 19801

| | |
|---|---|
| **Reference** | 10449.01 |
| **Purchase Order** | 755520 |
| **Department Number** | Copy Center |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx