# Exhibit C

| | |
|---|---|
| **From:** | Christian Lindhé |
| **To:** | Emily DiBenedetto |
| **Subject:** | RE: Mr. Kiely |
| **Date:** | Thursday, June 2, 2022 4:45:25 PM |
| **Attachments:** | image001.png |

Great, many thanks Emily.

Best /Christian

**From:** Emily DiBenedetto <emily.dibenedetto@shawkeller.com>
**Sent:** den 2 juni 2022 22:34
**To:** Christian Lindhé <Christian.Lindhe@vinge.se>
**Subject:** RE: Mr. Kiely

Dear Christian,

Thank you for your message.

Mr. Kiely was served by in-person hand delivery, as shown by the attached affidavit by the process server. I understand that Mr. Kiely discarded the Summons and Complaint after receipt instead of taking the package with him. Though plaintiffs are not obligated to provide additional copies of the complaint package after service, please find an additional copy of the complaint package (and the proof of service declaration) attached here as a courtesy.

Out of consideration for Del. Rules of Prof'l Conduct Rule 4.2, I have omitted Mr. Kiely from the communication, but I trust that you will be able to communicate with him directly.

Best regards,
Emily

**From:** Christian Lindhé <Christian.Lindhe@vinge.se>
**Sent:** Wednesday, June 1, 2022 3:53 PM
**To:** Emily DiBenedetto <emily.dibenedetto@shawkeller.com>
**Cc:** Mick Kiely <mick.kiely@gmail.com>
**Subject:** Mr. Kiely

Dear Emily,

I am representing Mr. Kiely in relation to certain shareholder matters regarding Xhail AB, a Swedish corporation. I got your email address from a lawyer at Manatt, that is also involved in certain US aspects of the matter.

I understand that there was an attempt to serve Mr. Kiely a couple of weeks ago, but for various reasons Mr. Kiely never received the relevant documentation. If possible, could you please send the documentation to me and Mr. Kiely (copied) by email?

Kind regards

Christian

**Christian Lindhé**
Advokat / Partner

VINGE

Advokatfirman Vinge KB
Östergatan 30
Box 4255 | 203 13 | Malmö | Sweden

Christian.Lindhe@vinge.se  |  +46 (0)10 614 5582  |  +46739205582  | switchboard  +46 (0)10 614 5500  |  vinge.se

*GENERAL TERMS AND CONDITIONS | The General Terms and Conditions applicable to our services are available on our website vinge.se. | The manner in which, for what purpose, and during what time we process personal data is described in our Privacy Policy, which is available on our website vinge.se.*

*CONFIDENTIALITY, SECURITY AND THE ENVIRONMENT | This communication is confidential and may contain information that is legally privileged. If received in error, kindly notify us immediately and delete the communication from your system. | Emails are not secure and cannot be guaranteed to be free from corruption, interception, tampering and viruses. Anyone who communicates with us by email or with whom we communicate is taken to accept these risks. | Please consider the environment before printing this email.*