# Exhibit D

| | |
|---|---|
| **From:** | Courtney Harris |
| **To:** | Christian.Lindhe@vinge.se |
| **Subject:** | C.A. No. 22-579-CFC Xhail USA, Inc. et al v. Kiely - Motion |
| **Date:** | Thursday, June 2, 2022 4:46:00 PM |
| **Attachments:** | 008 2022.06.02 - Xhail - Default Judgment Sum Certain - Motion w. Declaration & Ex. A-B.pdf |

Please find attached the following document filed today:

DI 8: **MOTION for Default Judgment as to Michael J. Kiely - filed by Xhail USA, Inc., Xhail, Inc.. (Attachments: # (1) Declaration of Emily S. DiBenedetto in Support of Motion for Default Judgment, # (2) Exhibit A, # (3) Exhibit B - Proposed Order)(DiBenedetto, Emily)**

Courtney N. Harris
*Senior Paralegal*
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0716- Telephone
(302) 300-4026- Facsimile

NOTE:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individuals(s) to which it is addressed.  If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email or the information contained in it or attached to it is strictly prohibited.  If you have received this email in error, please delete it and immediately notify the person named above by reply email.  Thank you.