# Exhibit E

| | |
|---|---|
| **From:** | Christian Lindhé |
| **To:** | Courtney Harris |
| **Subject:** | RE: Activity in Case 1:22-cv-00579-CFC Xhail USA, Inc. et al v. Kiely Order Setting Hearing on Motion |
| **Date:** | Friday, September 16, 2022 5:36:05 PM |
| **Attachments:** | image56de10.PNG |

Courtney,

I don't currently represent Mr Kiely, neither in this matter nor any other matter, so please direct this communication directly to Mr Kiely or any other counsel he has appointed.

Kind regards

Christian


**Christian Lindhé**
Advokat / Partner



Advokatfirman Vinge KB
Östergatan 30
Box 4255 | 203 13 | Malmö | Sweden

Christian.Lindhe@vinge.se | +46 (0)10 614 5582 | +46739205582  | switchboard  +46 (0)10 614 5500 | vinge.se

GENERAL TERMS AND CONDITIONS | The General Terms and Conditions applicable to our services are available on our website vinge.se. | The manner in which, for what purpose, and during what time we process personal data is described in our Privacy Policy, which is available on our website vinge.se.

CONFIDENTIALITY, SECURITY AND THE ENVIRONMENT | This communication is confidential and may contain information that is legally privileged. If received in error, kindly notify us immediately and delete the communication from your system. | Emails are not secure and cannot be guaranteed to be free from corruption, interception, tampering and viruses. Anyone who communicates with us by email or with whom we communicate is taken to accept these risks. | Please consider the environment before printing this email.

**From:** Courtney Harris <charris@shawkeller.com>
**Sent:** den 16 september 2022 22:13
**To:** Christian Lindhé <Christian.Lindhe@vinge.se>
**Subject:** FW: Activity in Case 1:22-cv-00579-CFC Xhail USA, Inc. et al v. Kiely Order Setting Hearing on Motion

Please find attached, for service, a copy of the Order issued yesterday in this case as referenced below.

Courtney N. Harris
*Senior Paralegal*
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0716- Telephone

(302) 300-4026- Facsimile

NOTE:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individuals(s) to which it is addressed.  If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email or the information contained in it or attached to it is strictly prohibited.  If you have received this email in error, please delete it and immediately notify the person named above by reply email.  Thank you.

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Thursday, September 15, 2022 3:42 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:22-cv-00579-CFC Xhail USA, Inc. et al v. Kiely Order Setting Hearing on Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 9/15/2022 at 3:41 PM EDT and filed on 9/15/2022

**Case Name:** Xhail USA, Inc. et al v. Kiely
**Case Number:** 1:22-cv-00579-CFC
**Filer:**
**Document Number:** 10

**Docket Text:**
**ORDER Setting Hearing on Motion [8] MOTION for Default Judgment as to Michael J. Kiely : A Motion Hearing is set for 10/18/2022 at 02:00 PM in Courtroom 4B before Judge Colm F. Connolly. As per this court's normal practice, Plaintiffs' counsel should be prepared to recite the facts of record relating to proper service, lack of response, and the relief requested, including the amount of damages requested, if any. Signed by Judge Colm F. Connolly on 9/15/2022. (nmf)**

**1:22-cv-00579-CFC Notice has been electronically mailed to:**

Emily DiBenedetto     edibenedetto@shawkeller.com, cal@shawkeller.com

**1:22-cv-00579-CFC Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/15/2022] [FileNumber=4989050-0
] [c67212b1ffdc7ab1ef61c3ec7c31fb61442203a32428591d3441e39a8d2c6d4b0a3
16a22507c2399db140a10eca637e07d3b6c42bcaf917f5d4b72a5251c3cc0]]