UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XHAIL USA, INC. and XHAIL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL J. KIELY, <br><br> Defendant. | C.A. NO. 22-579-CFC |

**[PROPOSED] ORDER**
**GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT**

Having considered the motion of Defendant Michael J. Kiely ("Defendant" or "Kiely") to set aside the default entered on August 31, 2022 (D.I. 9) pursuant to Federal Rules of Civil Procedure Rule 55(c), and good cause having been shown, the Court HEREBY ORDERS that Kiely's motion is GRANTED.

Kiely's default is hereby set aside. Kiely shall file a responsive pleading within twenty-one (21) days of entry of this Order.

Dated:

_____          _____
                                                                              UNITED STATES DISTRICT JUDGE