IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XHAIL USA, INC. and XHAIL, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL J. KIELY, )<br>)<br>Defendant. ) | C.A. No. 22-579-CFC |

### DEFAULT JUDGMENT FOR A SUM CERTAIN
### PURSUANT TO FED. R. CIV. P. 55(b)(1)

It is apparent from the record in the above-captioned action and from the Declaration of Emily S. DiBenedetto that the above-named defendant has not answered or otherwise moved with respect to the Complaint, and the plaintiffs having requested the entry of a default and default judgment, it is:

ORDERED, in accordance with Fed. R. Civ. P. 55(a) that a default is hereby entered against the defendant, Michael J. Kiely.

It is FURTHER ORDERED, in accordance with Fed. R. Civ. P. 55(b)(1) that judgment be entered in favor of plaintiffs and against the defendant in the amount of $237,425.99, combined with pre-judgment interest, post-judgment interest, and contractual interest from the date of judgment calculated at the rate of 3% per annum, computed daily and compounded annually, until paid in full, and allowable costs to be awarded by the clerk pursuant to Local Rule 54.1.

This the ~~day~~ 18th day of ~~#~~ October 2022.

_____
~~Clerk of Court~~
U. S. D. J.