UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYPH (USA), INC. and XHAIL, INC., | |
| Plaintiffs, | |
| vs. | C.A. NO. 22-579-CFC |
| MICHAEL J. KIELY, | |
| Defendant. | |

## NOTICE OF CORRECTION TO DECLARATION OF MICHAEL J. KIELY

I, Michael J. Kiely, hereby certify pursuant to 28 U.S.C. § 1746 that the statements set forth below are true and correct to the best of my knowledge, information, and belief:

1.     Upon further review of my declaration executed on November 3, 2022 (D.I. 28) made in support of the motion to set aside the default entered on August 31, 2022 (D.I. 9) and default judgment entered on October 18, 2022 (D.I. 23), I realized that the declaration contained an error.

2.     In paragraph 30 of my declaration, I referenced a meeting and stated: "More specifically, in May, my wife and I were asked by Max Renard to meet him at the Xhail office in Boston."

3.     My declaration should have stated that the meeting was in New York City (not Boston) and that it took place in February (not May).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 16, 2022.

_Mick kiely_

_____

Michael J. Kiely