UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XHAIL USA, INC. and XHAIL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL J. KIELY, <br><br> Defendant. | C.A. NO. 22-579-CFC |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Michael Kiely respectfully requests oral argument on Defendant's Motion to Set Aside Default and Default Judgment (D.I. 26, the "Motion"). The Motion was filed on November 7, 2022, and briefing is now complete. Counsel for Defendant is available at the Court's convenience for a hearing on the Motion.

Dated: December 1, 2022              Respectfully submitted,

/s/ *Helena C. Rychlicki*_____
Helena C. Rychlicki (No. 3996)
Pinckney, Weidinger,
Urban & Joyce LLC
2 Mill Road, Suite 204
Wilmington, Delaware 19804
(302) 504-1497
*hrychlicki@pwujlaw.com*

*Attorney for Defendant*