IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPH (USA), INC. and XHAIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-579-CFC |
| | ) | |
| MICHAEL KIELY, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 23, 2024, the following

document was served on the persons listed below in the manner indicated:

1.  Plaintiffs' First Amended Objections and Responses to Defendant
    Michael J. Kiely's First [Amended] Set of Requests for Production of
    Documents and Electronically Stored Information (Nos. 1-22)

**BY EMAIL:**

Helen C. Rychlicki
PINCKNEY, WEIDINGER, URBAN
 & JOYCE LLC
2 Mill Road, Suite 204
Wilmington, DE 19806
(302) 504-1497
hrychlicki@pwujlaw.com

Nicholas A. Kurtz
ANNIGIAN RYAN LLP
333 N. Indian Hill Boulevard
Claremont, California 91711
(909) 981-0475
nk@arllp.com

*/s/ Emily S. DiBenedetto*
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
edibenedetto@shawkeller.com
Dated: February 26, 2024                  *Attorney for Plaintiffs*