IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPH (USA), INC. and XHAIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-579-CFC |
| | ) | |
| MICHAEL KIELY, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF
## DEFENDANT MICHAEL KIELY

Please take notice that, pursuant to Rule 26 and Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs HYPH (USA), Inc. and Xhail, Inc. ("HYPH") will take the deposition upon oral examination of Defendant Michael Kiely under oath and before a duly authorized notary public or other person authorized by law to administer oaths. The testimony at the deposition will be recorded by any means permitted by the Federal Rules of Civil Procedure, including, without limitation, videographic, stenographic, audio, audiovisual, and/or real-time computer means. The deposition will be taken for purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

The deposition shall commence at 10:00 a.m. Eastern Standard Time on

April 4, 2024 via remote video conference, or at such other date and time as may be agreed upon by counsel, and will continue thereafter from day to day as necessary.

/s/ Emily S. DiBenedetto
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
edibenedetto@shawkeller.com

Dated: March 13, 2024

*Attorney for Plaintiffs*