## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYPH (USA), INC. and XHAIL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL J. KIELY, <br><br> Defendant. | C.A. NO. 22-579-CFC |

### NOTICE OF SERVICE

I, Helena C. Rychlicki, Esq., hereby certify that on March 15, 2024 copies of *Defendant Michael J. Kiely's Objections and Responses to Plaintiff's First Set Interrogatories (Nos. 1-8)* and *Defendant Michael J. Kiely's Objections and Responses to Plaintiff's First Set of Requests for Production (Nos. 1-11)*, were served on the following counsel of record via Email:

>Emily S. DiBenedetto
>SHAW KELLER LLP
>I.M. Pei Building
>1105 North Market Street, 12th Floor
>Wilmington, DE 19801
>(302) 298-0700
>edibenedetto@shawkeller.com
>*Attorney for Plaintiffs*

Dated:  March 18, 2024

| | |
|---|---|
| OF COUNSEL: | **PINCKNEY, WEIDINGER,**<br>**URBAN & JOYCE LLC** |
| Nicholas A. Kurtz<br>(Admitted *pro hac vice*)<br>ANNIGIAN RYAN LLP<br>333 N. Indian Hill Boulevard<br>Claremont, California 91711<br>Tel:   (909) 981-0475<br>Fax:   (909) 981-0113<br>Email: nk@arllp.com | /s/ *Helena C. Rychlicki*_____<br>Helena C. Rychlicki ( DE No. 3996)<br>2 Mill Road, Suite 204<br>Wilmington, Delaware 19806<br>Main: (302) 504-1497<br>Fax: (302) 442-7046<br>hrychlicki@pwujlaw.com<br><br>*Attorneys for Defendant Michael J. Kiely* |