IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPH (USA), INC. and XHAIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-579-CFC |
| | ) | |
| MICHAEL KIELY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2024, the following document was served on the persons listed below in the manner indicated:

1. Plaintiffs' Responses and Objections to Defendant Michael J. Kiely's Notice of Rule 30(b)(6) Deposition of Plaintiffs HYPH (USA), Inc. and Xhail, Inc.

**BY EMAIL:**

Helen C. Rychlicki
PINCKNEY, WEIDINGER, URBAN
 & JOYCE LLC
2 Mill Road, Suite 204
Wilmington, DE 19806
(302) 504-1497
hrychlicki@pwujlaw.com

Nicholas A. Kurtz
ANNIGIAN RYAN LLP
333 N. Indian Hill Boulevard
Claremont, CA 91711
(909) 981-0475
nk@arllp.com

|  |  |
|---|---|
| | <u>*/s/ Emily S. DiBenedetto*</u><br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>edibenedetto@shawkeller.com |
| Dated: March 21, 2024 | *Attorney for Plaintiffs* |