# SHAW KELLER LLP

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0713 – Direct
edibenedetto@shawkeller.com

February 10, 2025

**BY CM/ECF**
The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

    Re:    *HYPH (USA), Inc. and Xhail, Inc. v. Michael Kiely.*, C.A. No. 22-579-CFC

Dear Chief Judge Connolly:

Plaintiffs HYPH (USA), Inc. and Xhail, Inc. and defendant Michael Kiely write jointly to inform the Court that the parties do not seek to redact any information from the February 3, 2025 sealed stipulation, ordered by the Court at D.I. 97. A proposed public version is attached hereto as Exhibit A.

    Respectfully submitted,

    */s/ Emily S. DiBenedetto*

    Emily S. DiBenedetto (No. 6779)

cc:    Clerk of Court (by CM/ECF)
       All counsel of record (by CM/ECF & Email)