IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPH (USA), INC. and XHAIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-579-CFC-LDH |
| | ) | |
| MICHAEL KIELY, | ) | **CONFIDENTIAL –** |
| | ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## STIPULATION TO STAY

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

Helena C. Rychlicki (No. 3996)
PINCKNEY, WEIDINGER, URBAN
 & JOYCE LLC
2 Mill Road, Suite 204
Wilmington, DE 19806
(302) 504-1497
hrychlicki@pwujlaw.com
*Attorney for Defendant*

Dated: October 17, 2025

WHEREAS, the Court previously entered a Scheduling Order governing this case, D.I. 40, and amended that scheduling order, D.I. 46;

WHEREAS, the Court previously entered Orders based on the parties' stipulations staying this case, D.I. 97 and D.I. 101;

WHEREAS, the parties are awaiting decisions on proceedings in Ireland and believe that a further stay in this matter while the parties await those decisions would be in the best efficiencies of the Court and the parties;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. All deadlines in the case are STAYED;

2. If the parties have not filed a stipulation dismissing the action by January 16, 2026:

    a. The stay shall be lifted as of January 16, 2026; and

    b. The parties shall meet-and-confer and submit a joint proposed scheduling order by February 16, 2026.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Helena C. Rychlicki* |
| Karen E. Keller (No. 4489) | Helena C. Rychlicki (No. 3996) |
| Andrew E. Russell (No. 5382) | PINCKNEY, WEIDINGER, URBAN |
| Nathan R. Hoeschen (No. 6232) | & JOYCE LLC |
| Emily S. DiBenedetto (No. 6779) | 2 Mill Road, Suite 204 |
| SHAW KELLER LLP | Wilmington, DE 19806 |
| I.M. Pei Building | (302) 504-1497 |
| 1105 North Market Street, 12th Floor | hrychlicki@pwujlaw.com |
| Wilmington, DE 19801 | *Attorney for Defendant* |
| (302) 298-0700 | |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| edibenedetto@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

Dated: October 17, 2025

SO ORDERED this _____ day of _____ 2025.

_____
United States District Judge