IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYPH (USA), INC. and XHAIL, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 22-579-CFC |
| | ) |
| MICHAEL KIELY, | ) |
| | ) |
| Defendant. | ) |

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

WHEREAS, the Court previously entered a Scheduling Order governing this case, D.I. 40, and amended that scheduling order, D.I. 46;

WHEREAS, the Court previously entered Orders based on the parties' stipulations staying this case, D.I. 97, D.I. 101, and D.I. 105;

WHEREAS, the stay has been lifted by the fact that no stipulation dismissing the action was filed by January 16, 2026;

WHEREAS, all discovery and motion deadlines set forth in the Scheduling Order (D.I. 46) have expired, leaving only the dates and deadlines for the parties to file their trial-related documents and for the pretrial conference and trial to be set;

WHEREAS, the parties have met and conferred and agree on all scheduling elements except the proposed date of trial;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the

approval of the Court, that:

1. Pretrial Conference. On _October 29, 2126_ [21 days before trial] the Court will hold a Rule 16(e) final pretrial conference in court with counsel beginning at _9 a.m._ The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) no later than 5:00 p.m. on: _October 1, 2026_ [21 days before the Pretrial Conference]. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d) for the preparation of the proposed joint final pretrial order.

2. Jury Instructions, Voir Dire and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47.1(a)(2) and 51.1, the parties should file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms no later than 5:00 p.m. on: _October 1, 2026_ [21 days before the Pretrial Conference.] The parties shall submit simultaneously with filing each of the foregoing four documents in Word format to cfc_civil@ded.uscourts.gov.

3. Trial. This matter is scheduled for a 4-day jury trial beginning at 8:30 a.m. on: _November 9, 2026_ [Plaintiffs' position: October/November

2

2026[1]; ~~Defendant's position: [May 4, 2026]~~ with the subsequent trial days beginning at ~~9:00~~ 8:30 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at ~~4:30~~ 5:00 p.m. The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

SO ORDERED this _18th_ day of _February_, 2026.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

---

[1] Plaintiffs' position, consistent with earlier stipulations between the parties (D.I. 97, 101, 105), is that trial in this case should not take place before October 2026, pending resolution of witness travel availability and other European litigation with the Defendant which will jeopardize the availability of Plaintiffs' witnesses. Specifically, Anders Thorsell (Chief Operating Officer of HYPH (USA), Inc. and Xhail, Inc.) is presently unavailable to travel to the United States due to an ESTA visa restriction which he is working to resolve. Crevan Higgins (CFO of HYPH (USA), Inc. and Xhail, Inc.) has pre-existing travel during the week of May 4, 2026. Jonathan Collins (overseas counsel) is unavailable to travel to the United States prior to mid-June due to family care commitments. The Irish Litigation is still underway, with trial in the appellate case (H.MCA 20205/503) expected between July and October 2026.

3