**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HYPH (USA), INC. and XHAIL, INC.,

        Plaintiffs,

    v.

MICHAEL KIELY,

        Defendant.

C.A. No. 22-579-CFC-LDH

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, Helena C. Rychlicki, formerly of Pinckney, Weidinger, Urban & Joyce, hereby withdraws as counsel for Defendant Michael Kiely (Defendant), and Kelly A. Green and Megan Ix Brison of Smith, Katzenstein & Jenkins LLP hereby enter their appearances for Defendant.  Additionally, Defendant will continue to be represented by Nicholas A. Kurtz of Annigian Ryan LLP.

Dated: July 23, 2026

 

**SMITH, KATZENSTEIN & JENKINS LLP**

/s/ Helena C. Rychlicki
Helena C. Rychlicki (No. 3996)
13 Ridgewood Cir.
Wilmington, DE 19809
(302) 593-8201
hrychlicki@rychlaw.com

/s/ Megan Ix Brison
Kelly A. Green (No. 4095)
Megan Ix Brison (No. 6721)
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
kagreen@skjlaw.com
mib@skjlaw.com

*Attorneys for Defendant Michael Kiely*