IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HYPH (USA), INC. and XHAIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-579-CFC-LDH |
| | ) | |
| MICHAEL KIELY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

WHEREAS on April 28, 2022, Plaintiffs Hyph (USA), Inc. and Xhail, Inc. (collectively, "HYPH") filed a complaint (D.I. 1) against Defendant Michael Kiely ("Kiely"), for breach of contract;

IT IS HEREBY STIPULATED by HYPH and Kiely that this action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall each bear their own costs, attorneys' fees, and expenses.

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

*/s/ Kelly A. Green*
Kelly A. Green (No. 4095)
Megan I. Brison (No. 6721)
SMITH KATZENSTEIN JENKINS LLP
1000 West Street
Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
kgreen@skjlaw.com
mib@skjlaw.com
*Attorneys for Defendant*

Dated: September 9, 2026